| | |
|---|---|
| ROBERT C. SCHUBERT (S.B.N. 62684) <br> rschubert@sjk.law <br> WILLEM F. JONCKHEER (S.B.N. 178748) <br> wjonckheer@sjk.law <br> **SCHUBERT JONCKHEER & KOLBE LLP** <br> Three Embarcadero Center, Suite 1650 <br> San Francisco, California 94111 <br> Telephone:   (415) 788-4220 <br> Facsimile:    (415) 788-0161 <br><br> *Local Counsel for Plaintiff* | RYAN M. KELLY (*pro hac vice*) <br> rkelly@andersonwanca.com <br> **ANDERSON & WANCA** <br> 3701 Algonquin Road, Suite 500 <br> Rolling Meadows, Illinois 60008 <br> Telephone:   (847) 368-1500 <br> Facsimile:    (847) 368-1501 <br><br> *Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarbjit Dhesi, DC, QME, ACTAR, a California resident, individually and as the representative of a class of similarly-situated persons, <br><br>         Plaintiff, <br><br>         v. <br><br> Avella Patient Access Program, Inc., Avella of Austin, Inc., Avella of Columbus, Inc., Avella of Deer Valley, Inc., Avella of Denver, Inc., Avella of Gilbert, Inc., Avella of Las Vegas II, Inc., Avella of Orlando, Inc., Avella of Phoenix III, Inc., Avella of Scottsdale, Inc., Avella of St. Louis, Inc., Avella of Tucson, Inc., Avella of Tucson II, Inc., <br><br>         Arizona corporations; <br><br> BriovaRx Specialty, LLC, BriovaRx Infusion Services 102, LLC, BriovaRx Infusion Services 103, LLC BriovaRx Infusion Services 305, LLC, <br><br>         Delaware limited liability companies; <br><br> BriovaRx of Florida, Inc., BriovaRx Infusion Services, Inc., Click Commerce SPO, Inc. f/k/a Xelus Acquisition, Inc. f/k/a Opt Holding Inc. f/k/a Optum, Inc., <br><br>         Delaware corporations; and <br><br> OptumRx Administrative Services, LLC, a Texas limited liability company, <br><br>         Defendants. | Case No.   3:18-cv-06476-JD <br><br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS** |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Sarbjit Dhesi, DC, QME, ACTAR, by his attorneys, hereby voluntarily dismisses Defendants, OptumRx Administrative Services, LLC and Click Commerce SPO, Inc. f/k/a Xelus Acquisition, Inc. f/k/a Opt Holding Inc. f/k/a Optum, Inc., from case 3:18-cv-06476 in the above action, without prejudice and without costs to any party.

Dated: January 7, 2019

By: */s/ Ryan M. Kelly*
RYAN M. KELLY (*pro hac vice*)
rkelly@andersonwanca.com
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
Telephone:  (847) 368-1500
Fax:  (847) 368-1501

*Counsel for Plaintiff*

ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:  (415) 788-4220
Fax:  (415) 788-0161

*Local Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS