Helen Trac (Bar No. 285824)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
(415) 374-2300
(415) 374-2499 (fax)
helen.trac@hoganlovells.com

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Jessica L. Ellsworth (admitted *pro hac vice*)
jessica.ellsworth@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARBJIT DHESI,<br><br>        Plaintiff,<br><br>    v.<br><br>AVELLA OF DEER VALLEY, INC., ET AL.<br><br>        Defendants. | Case No.: 3:18-cv-06476-JD<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that Helen Trac is appearing as counsel representing the Defendants in the above-captioned matter: Optum, Inc., OptumRx Administrative Services, LLC, Avella of Deer Valley, Inc., BriovaRx Specialty, LLC, and BriovaRx Infusion Services, Inc. ("Defendants").

Defendants request that all notices, including all electronic ("ECF") notices, given or required to be given, and papers filed or served, or required to be served, in the above-captioned matter be provided to and served upon counsel for the Defendants at the address set forth below:

> Helen Trac (Bar No. 285824)
> HOGAN LOVELLS US LLP
> 3 Embarcadero Center, Suite 1500
> San Francisco, California 94111
> (415) 374-2300
> (415) 374-2499 (fax)
> helen.trac@hoganlovells.com

DATED: September 12, 2019      BY:   */s/ Helen Trac*
                                     Helen Trac (Bar No. 285824)
                                     HOGAN LOVELLS US LLP
                                     3 Embarcadero Center, Suite 1500
                                     San Francisco, California 94111
                                     (415) 374-2300
                                     (415) 374-2499 (fax)
                                     helen.trac@hoganlovells.com

                                     Attorneys for Defendants