Helen Trac
helen.trac@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
415.374.2300
415.374.2499 (fax)

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT DHESI,<br><br>        Plaintiff,<br><br>    v.<br><br>AVELLA OF DEER VALLEY, INC., ET AL.,<br><br>        Defendants. | Case No.:  3:18-cv-06476-JD<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE AMERIFACTORS ISSUE**<br><br>Judge: The Hon. James Donato |

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Optum, Inc., OptumRx Administrative Services, LLC, Avella of Deer Valley, Inc., BriovaRx Specialty, LLC, and BriovaRx Infusion Services, Inc. (collectively, "Defendants") respectfully submit this Statement of Recent Decision in connection with their Motion for Summary Judgment on the AmeriFactors Issue, Dkt. 93. Attached as Exhibit A is a true and correct copy of *Scoma Chiropractic, P.A. v. MasterCard International, Inc.*, No. 2:16-CV-41-FTM-99MRM, Dkt. 172 (M.D. Fla. Jan. 29, 2021).

In *Scoma,* the magistrate judge issued a Report and Recommendation finding that deference to the AmeriFactors Order was appropriate under *Chevron*, Ex. A at 18-20, and that even if *Chevron* was inapplicable, it was "still prudent" to defer to the Bureau's decision, *id.* at 20-22. While this decision was issued on class certification, it addresses many of the arguments the parties made in their summary judgment briefing here, including finding that (i) the AmeriFactors Ruling was an adjudication that should apply retroactively, *id.* at 23-25, (ii) the AmeriFactors Order clarified (rather than departed from) the 2003 and *WestFax* Orders and addressed a different technology, *id.* at 22, and (iii) online fax services do not cause the harms Congress intended to prevent in enacting the TCPA, *id.* at 27.[1] The parties did not argue that the Hobbs Act required deference under Eleventh Circuit precedent, and so the Court did not address that issue. *Id.* at 18; *see also* Dkt. 168, at 11. The decision was issued on January 29, 2021, after briefing on summary judgment in this matter had concluded. *See* Dkts. 94, 95.

---

[1] The court also denied class certification, finding that because the named plaintiff received the fax via an online fax service, he did not have standing and thus was not an adequate class representative, *id.* at 31-35, and that the class was not ascertainable because it was not feasible to distinguish online fax service recipients from traditional fax recipients, *id.* at 35-43.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' STATEMENT
OF RECENT DECISION
Case No. 3:18-cv-06476-JD

Dated: February 5, 2021

HOGAN LOVELLS US LLP

By: */s/ Kathryn M. Ali*

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Helen Trac
HOGAN LOVELLS US LLP
3 Embarcadero Center
Suite 1500
San Francisco, CA 94111
(415) 374-2300
(415) 374-2499 (fax)

Attorneys for Defendants

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' STATEMENT
OF RECENT DECISION
Case No. 3:18-cv-06476-JD