Helen Trac
helen.trac@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
415.374.2300
415.374.2499 (fax)

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT DHESI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVELLA OF DEER VALLEY, INC., ET AL.,<br><br>　　　　Defendants. | Case No.:  3:18-cv-06476-JD<br><br>**STATEMENT OF RECENT DECISION RELATED TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE AMERIFACTORS ISSUE**<br><br>Judge: The Hon. James Donato |

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' STATEMENT
OF RECENT DECISION
Case No. 3:18-cv-06476-JD

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Optum, Inc., OptumRx Administrative Services, LLC, Avella of Deer Valley, Inc., BriovaRx Specialty, LLC, and BriovaRx Infusion Services, Inc. (collectively, "Defendants") respectfully submit this Statement of Recent Decision, which provides an update to the Court on a previous Statement of Recent Decision that Defendants filed on February 5, 2021, Dkt. 97.

Defendants previously notified the Court of a Report and Recommendation issued by the Magistrate Judge in *Scoma Chiropractic, P.A. v. MasterCard International, Inc.* that addressed several issues relevant to Defendants' Motion for Summary Judgment on the AmeriFactors Issue, including finding that the AmeriFactors Ruling was an adjudication that should apply retroactively, the AmeriFactors Order clarified 2003 and *WestFax* Orders and addressed a different technology, and online fax services do not cause the harms Congress intended to prevent in enacting the TCPA, Dkt. 97. The *Scoma* decision had also separately denied the plaintiff's motion for class certification in that case.

On February 24, 2021, the District Court in *Scoma* vacated as moot the Report and Recommendation based on a newly-issued Eleventh Circuit decision addressing the appropriate standard for class certification. *See* Exhibit A (*Scoma Chiropractic, P.A. v. MasterCard International, Inc.*, No. 2:16-CV-41-FTM-99MRM, Dkt. 177 (M.D. Fla. Feb. 24, 2021)) at 13. The court held that "the best and fairest approach" would be to "start fresh with new briefing on class certification" as a result of the Eleventh Circuit's decision, *id.* at 10-11. Significantly, however, the court did not disagree with any portion of the Magistrate Judge's rulings on the AmeriFactors Issue. It also found that "the Magistrate Judge issued an outstanding, well-reasoned, and exhaustive Report and Recommendation," *id.* at 9. Defendants therefore respectfully submit that the Magistrate Judge's reasoning as to the AmeriFactors Issue, *see* Dkt. 97, remains instructive as to Defendants' pending motion for summary judgment.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' STATEMENT
OF RECENT DECISION
Case No. 3:18-cv-06476-JD

Dated: March 1, 2021                                HOGAN LOVELLS US LLP


By: */s/ Helen Trac*
Helen Trac
HOGAN LOVELLS US LLP
3 Embarcadero Center
Suite 1500
San Francisco, CA 94111
(415) 374-2300
(415) 374-2499 (fax)

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)


Attorneys for Defendants

2

DEFENDANTS' STATEMENT
OF RECENT DECISION
Case No. 3:18-cv-06476-JD