Helen Trac
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
415.374.2300
415.374.2499 (fax)
helen.trac@hoganlovells.com

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT DHESI,<br><br>      Plaintiff,<br><br>      v.<br><br>AVELLA OF DEER VALLEY, INC., ET AL.<br><br>      Defendants. | Case No.:  3:18-cv-06476-JD<br><br>**JOINT STATUS REPORT** |

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT
Case No. 3:18-cv-06476-JD

Pursuant to the Court's March 23, 2021 Order, ECF No. 99, Defendants Optum, Inc., OptumRx Administrative Services, LLC, Avella of Deer Valley, Inc., BriovaRx Specialty, LLC, and BriovaRx Infusion Services, Inc., and Plaintiff Sarbjit Dhesi (collectively, the "Parties") file this Joint Status Report to advise the Court of the status of the proceedings before the Federal Communications Commission ("FCC").

Since the Court issued its order, the FCC has not issued any further decision on the AmeriFactors Petition, and that issue remains pending before the FCC. The Parties therefore agree that a stay remains appropriate at this time under the Court's March 23, 2021 Order granting Defendants' alternative request for a stay over Plaintiff's objection.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STATUS REPORT
Case No. 3:18-cv-06476-JD

Dated: June 21, 2021

HOGAN LOVELLS US LLP

By: */s/ Helen Trac*
_____

Helen Trac
HOGAN LOVELLS US LLP
3 Embarcadero Center
Suite 1500
San Francisco, CA 94111
(415) 374-2300
(415) 374-2499 (fax)

Adam K. Levin (admitted *pro hac vice*)
adam.levin@hoganlovells.com
Kathryn M. Ali (Bar No. 282042)
kathryn.ali@hoganlovells.com
Kaitlyn A. Golden (admitted *pro hac vice*)
kaitlyn.golden@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Attorneys for Defendants

Dated: June 21, 2021

ANDERSON & WANCA

By: */s/ Ryan M. Kelly*
_____

Ryan M. Kelly (admitted *pro hac vice*)
rkelly@andersonwanca.com
Anderson & Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
Telephone:    (847) 368-1500
Facsimile:    (847) 368-1501

Robert C. Schubert (S.B.N. 62684)
rschubert@sjk.law
Willem F. Jonckheer (S.B.N. 178748)
wjonckheer@sjk.law
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:    (415) 788-4220
Facsimile:    (415) 788-0161

Attorneys for Plaintiff

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STATUS REPORT
Case No. 3:18-cv-06476-JD