1   Helen Trac
    HOGAN LOVELLS US LLP
2   4 Embarcadero Center, Suite 3500
    San Francisco, California  94111
3   (415) 374-2300
    (415) 374-2499 (fax)
4   helen.trac@hoganlovells.com

5   Adam K. Levin (admitted *pro hac vice*)
    HOGAN LOVELLS US LLP
6   555 Thirteenth Street, NW
    Washington, DC 20004
7   (202) 637-5600
    (202) 637-5910 (fax)
8   adam.levin@hoganlovells.com

9   Attorneys for Defendants

10

11                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13  SARBJIT DHESI,                            Case No.:  3:18-cv-06476-JD

14            Plaintiff,                      **JOINT STATUS REPORT**

15        v.

16  AVELLA OF DEER VALLEY, INC., ET
    AL.
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's March 23, 2021 Order, ECF No. 99, Defendants Optum, Inc., OptumRx Administrative Services, LLC, Avella of Deer Valley, Inc., BriovaRx Specialty, LLC, and BriovaRx Infusion Services, Inc., and Plaintiff Sarbjit Dhesi (collectively, the "Parties") file this Joint Status Report to advise the Court of the status of the proceedings before the Federal Communications Commission ("FCC").

Since the Court issued its order, the FCC has not issued any further decision on the AmeriFactors Petition, and that issue remains pending before the FCC.  The Parties therefore agree that a stay remains appropriate at this time under the Court's March 23, 2021 Order granting Defendants' alternative request for a stay over Plaintiff's objection.

//

//

//

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

1

Dated: September 11, 2023

HOGAN LOVELLS US LLP

2

3

By: */s/ Helen Trac*

Helen Trac

HOGAN LOVELLS US LLP

4

3 Embarcadero Center, Suite 1500

San Francisco, CA 94111

5

(415) 374-2300

(415) 374-2499 (fax)

6

helen.trac@hoganlovells.com

7

Adam K. Levin (admitted *pro hac vice*)

HOGAN LOVELLS US LLP

8

555 Thirteenth Street, NW

9

Washington, DC 20004

(202) 637-5600

10

(202) 637-5910 (fax)

adam.levin@hoganlovells.com

11

Attorneys for Defendants

12

13

14

Dated: September 11, 2023

ANDERSON & WANCA

15

By: */s/ Ryan M. Kelly*

16

Ryan M. Kelly (admitted *pro hac vice*)

rkelly@andersonwanca.com

17

Anderson & Wanca

3701 Algonquin Road, Suite 500

18

Rolling Meadows, Illinois 60008

Telephone:    (847) 368-1500

19

Facsimile:    (847) 368-1501

20

Robert C. Schubert (S.B.N. 62684)

rschubert@sjk.law

21

Willem F. Jonckheer (S.B.N. 178748)

wjonckheer@sjk.law

22

SCHUBERT JONCKHEER & KOLBE LLP

Three Embarcadero Center, Suite 1650

23

San Francisco, California 94111

Telephone:    (415) 788-4220

24

Facsimile:    (415) 788-0161

25

Attorneys for Plaintiff

26

27

28

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2