Megan R. Nishikawa
megan.nishikawa@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
(415) 374-2300
(415) 374-2499 (fax)

Adam K. Levin (admitted *pro hac vice*)
Carolyn A. DeLone (admitted *pro hac vice*)
adam.levin@hoganlovells.com
carrie.delone@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarbjit Dhesi, DC, QME, ACTAR, | Case No. 3:18-cv-06476-JD |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| Optum, Inc., *et al.*, | Hon. James Donato |
| Defendants. | |

Case No. 3:18-cv-06476-JD

Pursuant to the Court's October 2, 2025 Order (ECF No. 128), Defendants Optum, Inc., OptumRx Administrative Services, LLC, Avella of Deer Valley, Inc., BriovaRx Specialty, LLC, and BriovaRx Infusion Services, Inc., and Plaintiff Sarbjit Dhesi (collectively, the "Parties") submit this Joint Status Report to advise the Court that the class certification decision in *True Health Chiropractic, Inc. v. McKesson Corp.*, No. 4:13-cv-02219-HSG (N.D. Cal.) has not yet been issued. The Court (Judge Gilliam) heard argument on the motion for class certification in *McKesson* on January 22, 2026. The Parties respectfully request that the stay remain in place until a class certification decision has been issued in *McKesson*, at which time the Parties will file a status report advising the Court of the decision.

DATED: February 24, 2026

By: *s/ Wallace C. Solberg*
WALLACE C. SOLBERG (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Tele: 847-368-1500 / Fax: 847-368-1501

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tele: 415-788-4220 / Fax: 415-788-0161

*Counsel for Plaintiff*

DATED: February 24, 2026

By: s/ *Megan R. Nishikawa*
MEGAN R. NISHIKAWA
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tele: 415-374-2300 / Fax: 415-374-2499

ADAM K. LEVIN (admitted *pro hac vice*)
CAROLYN A. DELONE (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tele: 202-637-5600 / Fax: 202-637-5910

*Counsel for Defendants*

-1-                                    Case No. 3:18-cv-06476-JD

JOINT STATUS REPORT